# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Emily Hill,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Case No. 2:19-cv-3627

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

On December 12, 2019, United States Magistrate Judge Vascura issued a Report and Recommendation ("R&R"), ECF No. 10, recommending dismissal of Plaintiff's case as time barred. The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). R&R 6, ECF No. 10. The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. This case is **DISMISSED WITH PREJUDICE**, and the Clerk shall enter final judgment in favor of the Commissioner.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT